UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00339-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN THOMAS LECHMAN,

    Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a supervised release compliance review hearing for Defendant Steven Thomas Lechman will be held on **December 27, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 14th day of December, 2006

                                    **BY THE COURT:**

                                    *Marcia S. Krieger* (signature)

                                    Marcia S. Krieger
                                    United States District Judge