UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00339-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STEVEN THOMAS LECHMAN,

      Defendant.

_____

## ORDER AND NOTICE OF HEARING
_____

**IT IS HEREBY ORDERED** that a Revocation of Supervised Release Hearing will be held on **March 1, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 18th day of January, 2007

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge