PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. STEVEN THOMAS LECHMAN          Docket Number: 06-cr-00339-MSK-01

**Amended Petition For Issuance of Summons Due to Violation of Supervised Release**

COMES NOW, Gary L. Burney, probation officer of the court, presenting an official report upon the conduct and attitude of Steven Thomas Lechman who was placed on supervision by the Honorable David Briones sitting in the court at El Paso, Western District of Texas, on the 15th day of February, 2006, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

3.   The defendant shall perform 200 hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of four (4) hours per week, to be completed during the term of supervision.

**On August 16, 2006, the defendant's case was transferred to the District of Colorado and assigned to the Honorable Marcia S. Krieger, United States District Judge.**

On March 1, 2007, the defendant's supervised release conditions were modified to include:

4.   The defendant shall reside in a residential reentry center for a period of six (6) months.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference

PRAYING THAT THE COURT WILL ORDER the issuance of a summons for a revocation of supervised release.

ORDER OF THE COURT

Considered and ordered this _19th__ day of October, 2007, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

S/ *Marcia S. Krieger*
Marcia S. Krieger
U.S. District Judge

s/ Gary L. Burney
Gary L. Burney
U.S. Probation Officer

Place: Denver, Colorado

Date: October 19, 2007

## ATTACHMENT

On June 23, 2006, the conditions of supervised release were read and explained to the defendant. On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them. The term of supervised release commenced on June 20, 2006.

The defendant has committed the following violation of supervised release:

### 5.   NEW LAW VIOLATION:

On or about December 18, 2006, the defendant committed Theft, a felony offense, which constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

On December 22, 2006, Deputy Mark Barrick of the Jefferson County Sheriff's Department, Golden, Colorado, was contacted by Cassandra Whitmore in reference to a stolen camera. Ms. Whitmore reported that she had been allowing the defendant, his wife, and child to reside in the basement of her residence for the past several months. However, she had decided to evict the defendant from her home on or about December 16, 2006. On December 21, 2006, Ms. Whitmore realized her digital camera valued at $1,394.78 was missing. She questioned the defendant's wife about the missing camera and she denied taking it. The defendant's wife then telephoned the defendant and inquired if he stole the camera, which he denied. The Whitmores continued to look for their camera to no avail. On December 22, 2006, the defendant was again contacted by his wife, who was inquiring about the missing camera. This time, the defendant admitted to stealing the camera and selling it to Pawn Bank, located at 1360 West Littleton Boulevard, Littleton, Colorado, for $100.00 and that the receipt for the transaction could be located at the Whitmore residence. Upon locating the receipt, Ms. Whitmore contacted the Sheriff's Department, who began their investigation.

On March 1, 2007, a felony complaint was filed in Jefferson County, Colorado, for the following charges: Count 1, Theft, a Class 4 Felony; and Counts 2 and 3, False Information to Pawnbroker, each of which are Class 6 Felonies. On August 6, 2007, the defendant pleaded guilty to Count 1; Counts 2 and 3 were dismissed. In the State of Colorado, a Class 4 Felony is punishable by a maximum sentence of six years imprisonment.

On October 1, 2007, the defendant was sentenced in Jefferson County District Court to three years probation to run concurrent to federal supervision for the above stated offense.